AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**VICTOR MOSCOSO-ESPANA**
**DOB: xx/xx/85**

**CRIMINAL COMPLAINT**

**(Name and Address of Defendant)**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __OCTOBER 21, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

traveled in interstate commerce from Hyattsville in the State of Maryland to Washington, D.C. with intent that the murder of an inmate at the Washington, D.C. Jail be committed in violation of the laws of the District of Columbia, as consideration for the receipt of , and as consideration for a promise and agreement to pay, things of pecuniary value, to wit: U.S. Currency.

in violation of Title __18__ United States Code, Section(s) __1958__.

I further state that I am __SPECIAL AGENT DAVID HEPLER__ and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant
**SPECIAL AGENT DAVID HEPLER**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                                          City and State

_____        _____
Name & Title of Judicial Officer                      Signature of Judicial Officer