## STATEMENT OF FACTS

On Friday, October 21, 2005, the defendant, Victor Moscoso-Espana, met with a second party in a meeting monitored by sworn agents with the United States Immigration and Customs Enforcement, Department of Homeland Security. At that meeting, the defendant gave money to the second party for the purpose of having a third party, an inmate at the Washington D.C. Jail murdered. During the course of the investigation, in the two weeks prior to this meeting, the defendant, Victor Moscoso-Espana, made several recorded phone calls to the second party and travelled from Maryland to Washington, D.C. to meet with the second party to discuss the plan to have the inmate murdered. On Saturday, October 22, 2005 at about 4:00 p.m., agents were conducting surveillance and arrested Moscoso-Espana.

                                              SPECIAL AGENT DAVID HEPLER
                                              IMMIGRATION AND CUSTOMS
                                              ENFORCEMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ____ DAY OF OCTOBER, 2005

                                              U.S. MAGISTRATE JUDGE