UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

VICTOR MOSCOSO-ESPANA,

Defendant.

Criminal Action No. 05-549
DAR

**FILED**

OCT 2 6 2005

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER OF SEPARATION

For the reasons set forth by counsel on the record herein at a hearing on this date, it is, this 26th day of October, 2005,

**ORDERED** that defendant Victor Moscoso-Espana, DOB: _____, with his consent, be held in administrative segregation until his consolidated preliminary hearing/detention hearing on Wednesday, November 9, 2005; and it is

**FURTHER ORDERED** that under no circumstances should Defendant be transferred to CTF, and if Defendant needs medical care, the Department of Corrections shall immediately transfer him to Greater Southeast Community Hospital; and it is

**FURTHER ORDERED** that defendant Victor Moscoso-Espana be held separate and apart from the following individual who is now in the custody of the Department of Corrections:

Alvro Garcia-Hernandez          PDID _____          DOB: _____

DEBORAH A. ROBINSON
United States Magistrate Judge

