AO 468 (1/86) Waiver of Preliminary Examination or Hearing

FILED

NOV 0 9 2005

# United States District Court

_for the_ **DISTRICT OF** _Columbia_

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

_Victor Moscaso-Espana_

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: _05-549M-01_

I, _Victor Moscaso-Espana_ , charged in a (complaint) (petition)

pending in this District with _____

in violation of Title _18_ , U.S.C., _1958_ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

X _____
_Defendant_

_Nov. 9, 2005_
Date

_____
_Counsel for Defendant_