```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**      )
                                           )
          **Plaintiff,**    )
                                           )
          v.                )  MAG No. 05-0549 (AK)
                                         )
**VICTOR MOSCOSO-ESPANA,**    )
                                         )
          **Defendant.**    )

## NOTICE OF CHANGE

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender CARLOS J. VANEGAS, assumed responsibility for the defense of Mr. Victor Moscoso-Espana in the above-captioned case.

Mr. Victor Moscoso-Espana's case had previously been assigned to Assistant Federal Public Defender Lara G. Quint. and has been reassigned to Mr. Carlos J. Vanegas.

                                           A.J. KRAMER
                                           FEDERAL PUBLIC DEFENDER

                                              /s/
                                  _____
                                  Carlos J. Vanegas
                                  Assistant Federal Public Defender
                                  625 Indiana Avenue, N.W.
                                  Suite 550
                                  Washington, D.C.  20004
                                  (202) 208-7500

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing instrument was served upon Assistant United States Attorney Angela George by electronic means this 13th day of March, 2006.

                                           By:_____/s/_____
                                                 Carlos J. Vanegas